IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CHRISTOBAL RAUL GALVAN JR.,
Institutional ID No. 104370,

    Plaintiff,

v.

POTTER COUNTY JAIL,

    Defendant.

2:25-CV-089-Z-BR

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to dismiss this case without prejudice for failure to prosecute. ECF No. 9. No objections to the Findings, Conclusions, and Recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the Magistrate Judge are **ADOPTED** and this case is hereby **DISMISSED** without prejudice.

**SO ORDERED.**

July 11, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE